THE STATE, EX REL. BOARD OF HEALTH OF HACKENSACK,
appellant,

*v.*

THE BOARD OF CHOSEN FREEHOLDERS OF THE COUNTY OF
BERGEN, respondent.

On appeal from a decree advised by Vice-Chancellor Pitney, whose opinion is reported in *1 Dick. Ch. Rep. 173.*

*Mr. William E. Skinner,* for the appellant.

*Mr. Abram D. Campbell,* for the respondent.

PER CURIAM.

This court agrees with his Honor, the vice-chancellor, that the complainant has failed to establish by his testimony the existence of a nuisance, and the decree is consequently affirmed.

The other matters discussed in the opinion in the court of chancery have not been considered by this court.

*For affirmance*—THE CHIEF-JUSTICE, DEPUE, DIXON, GARRISON, MAGIE, REED, SCUDDER, VAN SYCKEL, BROWN, SMITH, WHITAKER—11.

*For reversal*—None.